IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RANDY E. GARMAN and RANDY )
POWELL, )
 )
    Plaintiffs, )
 ) CASE NO. CV414-188
v. )
 )
MAYOR AND ALDERMAN OF THE CITY )
OF SAVANNAH, GEORGIA, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 32.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this case is hereby **DISMISSED WITH PREJUDICE** as requested by Plaintiffs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this /sr day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA